1 | BANNING MICKLOW BULL & LOPEZ LLP
Edward M. Bull III, SBN 141996
2 | Eugene A. Brodsky, SBN 36691
Jennifer L. Fiore, SBN 203618
3 | One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
4 | Telephone: (415) 399-9191
Facsimile: (415) 399-9192
5

Attorneys for Plaintiff
6 | LESTER A. FERREIRA SR.
and EVA JEAN FERREIRA
7

NEUMILLER & BEARDSLEE
8 | Clifford W. Stevens, SBN 148918
P.O. Box 20
9 | Stockton, CA 95201-3020
Telephone:  (209) 948-8200
10 | Facsimile:  (209) 948-4910

11 | Attorneys for Defendant
STOCKTON PORT DISTRICT
12

KEESAL, YOUNG & LOGAN
13 | A PROFESSIONAL CORPORATION
John D. Giffin, SBN 89608
14 | Four Embarcadero Center, Suite 1500
San Francisco, California 94111
15 | Telephone:  (415) 398-6000
Facsimile:  (415) 981-0136
16

Attorneys for Defendant
17 | SOPHIE RICKMERS
SCHIFFAHRTSGESELLSCHAFT
18 | mbH & CIE. KG

19 | UNITED STATES DISTRICT COURT

20 | EASTERN DISTRICT OF CALIFORNIA

21 | LESTER A. FERREIRA SR.                )   CASE NO.  CIV. S-04-1916 MCE DAD
and EVA JEAN FERREIRA,            )
22 |                                                   )   **STIPULATION AND PROPOSED ORDER**
                                                   )   **CONTINUING CERTAIN PRETRIAL**
        Plaintiffs,                            )   **DATES**
23 |                                                   )
vs.                                               )
24 |                                                   )
M/V CCNI ANTOFAGASTA, her engines,   )
25 | tackle, apparel, furniture, etc., *IN REM*,   )
COMPANIA CHILENA de NAVEGACION   )
26 | INTEROCEANICA S.A., PORT OF       )
STOCKTON, and SECHSTE REEDEREI   )
27 | ALSTERUFER 26 GmbH & CIE. KG     )
                                                   )
28 |         Defendants.                        )
     _____)

1    The parties to the above-entitled action, by and through their attorneys or record herein,

2    jointly submit their Stipulation and Proposed Order Continuing Certain Pretrial Dates as follows:

3    WHEREAS the Court set a trial date of August 9, 2006, and various pretrial dates

4    (including a discovery cut off date of November 11, 2005 and an expert disclosure date of

5    January 9, 2005) in its Pretrial Scheduling Order of April 11, 2005; and

6    WHEREAS the parties are concerned that many of the material witnesses in this case are

7    foreign merchant seaman who will be difficult, if not impossible, to locate and depose before the

8    current discovery cut-off date; and

9    WHEREAS the parties need to complete discovery before the disclosure of experts and

10   the preparation of expert reports (which will be based on the results of such discovery); and

11   WHEREAS the discovery cut-off and expert disclosure dates can be extended without

12   impacting the current trial date, the date of the pretrial conference or the deadlines for the various

13   submission to the Court:

14   The parties hereby stipulate and request that the Court order that the:

15   LAST DAY TO COMPLETE DISCOVERY TO BE CONTINUED

16   FROM          November 11, 2005          TO      April 7, 2006

17   and DISCLOSURE OF EXPERTS (AND EXPERT REPORTS) TO BE CONTINUED

18   FROM          January 9, 2006          TO      April 28, 2006

19

20   IT IS SO STIPULATED.

21

22   Dated: July 5, 2005                    BANNING MICKLOW BULL & LOPEZ LLP

23

24                                          By: _____/S/ Edward M. Bull_____
                                                EDWARD M. BULL, III
25                                              EUGENE A. BRODSKY
                                                JENNIFER L. FIORE
26                                              Attorneys for Plaintiffs
                                                LESTER A. FERREIRA SR.
27                                              and EVA JEAN FERREIRA

28   / / /

1  Dated: July 5, 2005                    NEUMILLER & BEARDSLEE

2

3                                         By:    /S/ Daniel S. Truax
                                                 DANIEL S. TRUAX
4                                                Attorneys for Defendant
                                                 STOCKTON PORT DISTRICT
5

6  Dated: July 5, 2005                    KEESAL, YOUNG & LOGAN

7

8                                         By:    /S/ John D. Giffin
                                                 JOHN D. GIFFIN
9                                                Attorneys for Defendant
                                                 SOPHIE RICKMERS
10                                               SCHIFFAHRTSGESELLSCHAFT mbH & CIE.
                                                 KG
11

12                                  **ORDER**

13        Based on the stipulation of the parties and good cause appearing thereon, the Court

14  hereby vacates the previously set dates for discovery cut-off and expert disclosures, and no

15  others, and amends the Court's Scheduling Order as follows:

16        LAST DAY TO COMPLETE DISCOVERY IS CONTINUED

17        FROM          November 11, 2005        TO     April 7, 2006

18        DISCLOSURE OF EXPERTS (AND EXPERT REPORTS) IS CONTINUED

19        FROM          January 9, 2006          TO     April 28, 2006.

20

21  DATED: July 15, 2005

22

23

24        _____
          MORRISON C. ENGLAND, JR
25        UNITED STATES DISTRICT JUDGE

26

27

28