1  DANIEL S. TRUAX (SBN: 157276)
   LISA BLANCO JIMENEZ (SBN: 234671)
2  NEUMILLER & BEARDSLEE
   A PROFESSIONAL CORPORATION
3  Post Office Box 20
   Stockton, CA  95201-3020
4  Telephone:  (209) 948-8200
   Facsimile:  (209) 948-4910
5
   Attorneys for Defendant PORT OF STOCKTON
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  LESTER A. FERREIRA SR. and EVA JEAN     ) Case No. CIV-S-04-1916 MCE DAD
    FERREIRA,                               )
                                            )
12          Plaintiffs,                     ) **AMENDED STIPULATION AND ORDER TO**
                                            ) **CONTINUE HEARING ON AND DEADLINE**
13          vs.                             ) **FOR FILING REPLY TO OPPOSITION TO**
                                            ) **MOTION FOR SUMMARY JUDGMENT**
14  M/V CCNI ANTOFAGASTA, her engines,      )
    tackle, apparel, furniture, etc., *IN REM*, PORT )
15  OF STOCKTON, SECHSTE REEDEREI           ) Current MSJ Hearing Date:  May 1, 2006
    ALSTERUFER 26 GmbH & CIE. KG, and       ) Proposed MSJ Hearing Date:  June 5, 2006
16  SOPHIE RICMERS                          )
    SCHIFFAHRTSGESELLSCHAFT mbH &           ) Hon. Morrison C. England, Jr.
17  CIE. KG,                                )
                                            )
18          Defendants.                     )
                                            )
19  _____)

20       **STIPULATION TO CONTINUE HEARING ON AND DEADLINE FOR FILING**
         **REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**
21

22       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs LESTER A.

23  FERREIRA SR. and EVA JEAN FERREIRA and their attorney of record and Defendant PORT OF

24  STOCKTON and its attorney of record that the Motion for Summary Judgment set for hearing on

25  May 1, 2006, be continued to June 5, 2006 at 9:00 a.m. in Courtroom 3 of the above-entitled Court.

26  Furthermore, the parties and their attorneys of record stipulate and agree that the last day for

27  Defendant to file a reply brief to the opposition brief filed by Plaintiffs be continued to May 1, 2006.

28  ///

1    Dated:  April 20, 2006                    BANNING MICKLOW BULL&  LOPEZ LLP

2

3                                             By:  /s/ Edward M. Bull, III_____
                                                  EDWARD M. BULL, III
4
                                             Attorneys for Plaintiffs LESTER A. FERREIRA SR.
5                                            and EVA JEAN FERREIRA

6    Dated:  April 20, 2006                    NEUMILLER & BEARDSLEE
                                             A PROFESSIONAL CORPORATION
7

8                                             By:  /s/ Lisa Blanco Jimenez_____
                                                  LISA BLANCO JIMENEZ
9

10                                           Attorneys for Defendant PORT OF STOCKTON

11

12             **ORDER TO CONTINUE HEARING ON AND DEADLINE FOR FILING
              REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**
13
              Based on the Stipulation of the parties filed herein, and good cause appearing:
14
     IT IS HEREBY ORDERED that the Motion for Summary Judgment set for hearing on May 1, 2006,
15
     be continued to June 5, 2006 at 9:00 a.m. in Courtroom 3 of the above-entitled Court;
16
     IT IS HEREBY FURTHER ORDERED that the last day for Defendant to file a reply brief to the
17
     opposition brief filed by Plaintiffs be continued to May 1, 2006.
18

19

20   Dated: April 21, 2006

21                                             _____
                                             MORRISON C. ENGLAND, JR
22                                           UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

                                             2