KEESAL, YOUNG & LOGAN
A Professional Corporation
John D. Giffin, CASB NO. 89608
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:    (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendant
SOPHIE RICKMERS SCHIFFAHRTSGESELLSCHAFT mbH & CIE, KG.

BANNING MICKLOW BULL & LOPEZ LLP
Edward M. Bull, III, SBN 141996
Eugene A. Brodsky, SBN 36691
Jennifer L. Fiore, SBN 203618
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
Telephone: (415) 399-9191
Facsimile: (415) 399-9192

Attorneys for Plaintiffs
LESTER A. FERREIRA SR.
and EVA JEAN FERREIRA

NEUMILLER & BEARDSLEE
Daniel S. Truax, SBN 157276
P.O. Box 20
Stockton, Ca 95201-3020
Telephone: (209) 948-8200
Facsimile: (209) 948-4910

Attorneys for Defendant
STOCKTON PORT DISTRICT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER A. FERREIRA, SR. and EVA JEAN FERREIRA,<br><br>  Plaintiffs,<br><br>  vs.<br><br>M/V CCNI ANTOFAGASTA, her engines, tackle, apparel, furniture, etc. *IN REM*, COMPANIA CHILENA de NAVEGACION INTEROCEANICA S.A., PORT OF STOCKTON, SECHSTE REEDEREI ALSTERUFER 26 GmbH & CIE. KG and SOPHIE RICKMERS | Case No. CIV. S-04-1916 MCE DAD<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING CERTAIN PRETRIAL DATES** |

SCHIFFAHRTSGESELLSCHAFT mbH & CIE, )
KG.,                                )
                                    )
                    Defendants.     )
                                    )

## I. INTRODUCTION

Discovery in this matter is nearly complete. The parties have conducted depositions of all percipient witnesses. The parties have also propounded and responded to written discovery requests. All parties are working productively with one another to ensure that all discovery is concluded as soon as possible.

The parties are engaged in settlement negotiations. They are hopeful that these discussions will lead to an early resolution to this matter. The parties wish to continue settlement discussions and are asking the Court to extend the expert cut-off date so that they will not have to incur additional expert fees at this time.

The proposed expert discovery extension will still allow for expert designation and filing of reports over two months prior to the trial date. It will also give the parties five additional weeks to discuss resolution of the case before incurring significant fees and trial preparation costs.

With these issues in mind, the parties have entered into the following stipulation and ask the Court to grant the attached Proposed Order.

## II. STIPULATION

The parties to the above-entitled action, by and through their attorneys of record herein, jointly submit their Stipulation and Proposed Order Continuing Certain Pretrial Dates as follows:

(1) The parties will make a good faith effort to complete private mediation of this matter prior to May 31, 2006.

(2) Disclosure of experts be continued from April 28, 2006 to May 5, 2006;

(3) Counter-designation of expert witnesses be continued to May 19, 2006;

(4) Filing and exchange of expert reports be continued from April 28, 2006 to June 5, 2006;

  (5) Non-retained experts, including treating physicians, shall not be required to prepare reports, but will be subject to deposition prior to trial.

  IT IS SO STIPULATED.

DATED:  April 27, 2006        KEESAL, YOUNG & LOGAN


By: ____/s/ John D. Giffin_____
   JOHN D. GIFFIN
   Attorneys for Defendant
   SOPHIE RICKMERS
   SCHIFFAHRTSGESELLSCHAFT mbH
   & CIE, KG.

DATED:  April 27, 2006        BANNING MICKLOW BULL & LOPEZ LLP


By:____/s/ Edward M. Bull, III____
   EDWARD M. BULL, III
   EUGENE A. BRODSKY
   JENNIFER L. FIORE
   Attorneys for Plaintiffs
   LESTER A. FERREIRA SR.
   and EVA JEAN FERREIRA

DATED:  April 27, 2006        NEUMILLER & BEARDSLEE


By:____/s/ Daniel S. Truax_____
   DANIEL S. TRUAX
   Attorney for Defendant
   STOCKTON PORT DISTRICT

**ORDER**

Based on the stipulation of the parties and good cause appearing thereon, the Court hereby vacates the previously-set pretrial dates and amends the Court's Scheduling Order as follows:

(1) The parties shall make a good faith effort to complete private mediation prior to May 31, 2006.

(2) LAST DAY TO DISCLOSE EXPERTS IS CONTINUED FROM April 28, 2006 to May 5, 2006;

(3) LAST DAY TO COUNTER-DESIGNATE EXPERT WITNESSES IS CONTINUED to May 19, 2006;

(4) LAST DAY TO FILE AND EXCHANGE EXPERT REPORTS IS CONTINUED from April 28, 2006 to June 5, 2006; and

(5) Non-retained experts including treating physicians shall not be required to prepare reports, but will be subject to deposition.

**DATED: May 17, 2006**

_____
**MORRISON C. ENGLAND, JR**
**UNITED STATES DISTRICT JUDGE**