```
 1  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 2  John D. Giffin, CASB NO. 89608
    John Cox, CASB NO 197687
 3  Four Embarcadero Center, Suite 1500
    San Francisco, California 94111
 4  Telephone:   (415) 398-6000
    Facsimile:   (415) 981-0136
 5
    Attorneys for Defendant
 6  SOPHIE RICKMERS SCHIFFAHRTSGESELLSCHAFT mbH & CIE, KG.

 7  BANNING MICKLOW & BULL LLP
    Edward M. Bull, III, SBN 141996
 8  Eugene A. Brodsky, SBN 36691
    Jennifer L. Fiore, SBN 203618
 9  One Market, Steuart Tower, Suite 1440
    San Francisco, California 94105
10  Telephone: (415) 399-9191
    Facsimile: (415) 399-9192
11
    Attorneys for Plaintiffs
12  LESTER A. FERREIRA SR.
    and EVA JEAN FERREIRA
13
    NEUMILLER & BEARDSLEE
14  Daniel S. Truax, SBN 157276
    P.O. Box 20
15  Stockton, Ca 95201-3020
    Telephone: (209) 948-8200
16  Facsimile: (209) 948-4910

17  Attorneys for Defendant
    STOCKTON PORT DISTRICT
18
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER A. FERREIRA, SR. and EVA JEAN FERREIRA,<br><br>                         Plaintiffs,<br><br>         vs.<br><br>M/V CCNI ANTOFAGASTA, her engines, tackle, apparel, furniture, etc. *IN REM,* COMPANIA CHILENA de NAVEGACION INTEROCEANICA S.A., PORT OF STOCKTON, SECHSTE REEDEREI ALSTERUFER 26 GmbH & CIE. KG and | Case No. CIV. S-04-1916 MCE DAD<br><br>**STIPULATION AND ORDER CONTINUING ADDITIONAL PRETRIAL DATES** |

STIPULATION AND PROPOSED ORDER CONTINUING ADDITIONAL PRETRIAL DATES

SOPHIE RICKMERS                               )
SCHIFFAHRTSGESELLSCHAFT mbH & CIE, )
KG.,                                          )
                                              )
                    Defendants.               )

The parties to the above-entitled action, by and through their attorneys of record herein, jointly submit their Stipulation and Proposed Order Continuing Additional Pretrial Dates as follows:

The parties are, as previously advised, engaged in settlement negotiations, are hopeful that these discussions will lead to an early resolution to this matter, and have selected Jerry Spolter, Esq. with JAMS in San Francisco as their private mediator.  The parties have also obtained and confirmed a mediation date of June 22, 2006; the earliest date available that could be attended by all parties and that would facilitate the exchange of information between the parties needed for a productive mediation (including certain expert reports relating to damages).

Because the parties hope to avoid the cost of preparing the pretrial submissions (as required by this Court's Pretrial (Status) Scheduling Order) by settling this matter, the parties respectfully request that the court continue certain additional pretrial dates, namely the deadline for the submissions of the pretrial filings (currently June 12, 2006) and the pretrial conference (currently set for June 26, 2006) as follows:

(1)   The pretrial filings currently due on June 12, 2006 be continued to June 30, 2006;

(2)   Exchange of rebuttal expert reports also be made on June 30, 2006; and

(3)   The pretrial conference currently set for June 26, 2006 at 2:30 p.m. be continued to July 26, 2006 at 2:30 p.m. (with all other dates to remain the same).

IT IS SO STIPULATED.

DATED:  May 24, 2006                          KEESAL, YOUNG & LOGAN


                                              By:     /s/ John D. Giffin
                                                  JOHN D. GIFFIN
                                                  Attorneys for Defendant
                                                  SOPHIE RICKMERS
                                                  SCHIFFAHRTSGESELLSCHAFT mbH
                                                  & CIE, KG.

| | | |
|---|---|---|
| 1 | DATED: May 24, 2006 | BANNING MICKLOW & BULL LLP |
| 2 | | |
| 3 | | By: /s/ Edward M. Bull, III |
| 4 | | EDWARD M. BULL, III<br>EUGENE A. BRODSKY |
| 5 | | JENNIFER L. FIORE<br>Attorneys for Plaintiffs |
| 6 | | LESTER A. FERREIRA SR.<br>and EVA JEAN FERREIRA |
| 7 | | |
| 8 | DATED: May 24, 2006 | NEUMILLER & BEARDSLEE |
| 9 | | |
| 10 | | By: /s/ Daniel S. Truax<br>DANIEL S. TRUAX |
| 11 | | Attorney for Defendant<br>STOCKTON PORT DISTRICT |

- 3 -                                                                                      SF441023

STIPULATION AND PROPOSED ORDER CONTINUING CERTAIN PRETRIAL DATES

**ORDER**

Based on the stipulation of the parties and good cause appearing thereon, the Court hereby vacates the previously-set pretrial dates and amends the Court's Scheduling Order as follows:

(1) The pretrial filings currently due on June 12, 2006 are hereby continued to June 30, 2006;

(2) The exchange of rebuttal expert reports shall be made on June 30, 2006; and

(3) The pretrial conference currently set for June 26, 2006 at 2:30 p.m. is hereby continued to July 17, 2006 at 1:30 p.m.  Parties shall file a joint pretrial statement on or before July 3, 2006.

(4) The jury trial date of August 9, 2006 is continued to September 6, 2006 at 09:00 a.m.

**All other pretrial dates to remain the same.**

**DATED: June 1, 2006**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 4 -
SF441023
STIPULATION AND PROPOSED ORDER CONTINUING CERTAIN PRETRIAL DATES