UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LESTER A. FERREIRA SR.
and EVA JEAN FERREIRA,

        Plaintiffs,

   v.

M/V CCNI ANTOFAGASTA, her
engines, tackle, apparel,
furniture, etc., COMPANIA
CHILENA DE NAVEGACION
INTEROCEANICA S.A., *IN REM*,
PORT OF STOCKTON, SECHSTE
REEDEREI ALSTERUFER 26 GmbH &
CIE KG, and SOPHIE RICKMERS
SCHIFFAHRTSGESELLSCHAFT mbH &
CIE KG,

        Defendants.

2:04-CV-1916-MCE-DAD

MEMORANDUM AND ORDER

----oo0oo----

On the motion of Defendant SOPHIE RICKMERS SCHIFFAHRTSGESELLSCHAFT mbH & CIE, KG for Issuance of a commission pursuant to Federal Rule of Civil Procedure 28(b), calling for the taking of the testimony of Yury Ilyn for the purpose of preserving material and relevant testimony for trial regarding the subject matter of this action, the Motion is granted subject to the following conditions and terms:

1

1)   The clerk of this court shall issue a commission to Any Consul or Vice-Consul of the United States Embassy, Kiev, Ukraine, authorizing him or her to administer the oath and preside over the oral deposition on notice of Yury Ilyn at the Palace Del Mar (Superior) Hotel located at 1 Khulstany Lane, Odessa, Ukraine on June 30, 2006, at 10:00 a.m.

2)   The commission shall authorize the Consul or Vice-Consul to administer the oath and preside over the deposition telephonically.

3)   The commission shall direct that the testimony be recorded by a stenographic reporter who will prepare a certified transcript of the proceedings.

4)   Defendant SOPHIE RICKMERS SCHIFFAHRTSGESELLSCHAFT mbH & CIE, KG is hereby ordered to pay any and all costs and fees associated with the taking of Yury Ilyn's deposition, including, but not limited to, all consulor and witness fees in connection with the execution of this commission.

IT IS SO ORDERED.

DATED: June 22, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE