1  KEESAL, YOUNG & LOGAN
A Professional Corporation
2  John D. Giffin, CASB NO. 89608
John Cox, CASB NO. 197687
3  Four Embarcadero Center, Suite 1500
San Francisco, California 94111
4  Telephone: (415) 398-6000
Facsimile:  (415) 981-0136
5
Attorneys for Defendant
6  SOPHIE RICKMERS SCHIFFAHRTSGESELLSCHAFT mbH & CIE, KG.

7  BANNING MICKLOW & BULL  LLP
Edward M. Bull, III, SBN 141996
8  Eugene A. Brodsky, SBN 36691
Jennifer L. Fiore, SBN 203618
9  One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
10  Telephone: (415) 399-9191
Facsimile: (415) 399-9192
11
Attorneys for Plaintiffs LESTER A. FERREIRA SR.
12  and EVA JEAN FERREIRA

13  NEUMILLER & BEARDSLEE
Daniel S. Truax, CASB NO. 157276
14  P.O. Box 20
Stockton, California 95201-3020
15  Telephone: (209) 948-8200
Facsimile: (209) 948-4910
16
Attorneys for Defendant STOCKTON PORT DISTRICT
17
COX, WOOTTON, GRIFFIN, HANSEN & POULOS
18  Richard C. Wootton, CASB No. 88390
190 The Embarcadero
19  San Francisco, California 94105
Telephone: (415) (415) 438-4600
20  Facsimile: (415) (415) 438-4601

21  Attorneys for Defendant STOCKTON PORT DISTRICT

22                    UNITED STATES DISTRICT COURT

23                    EASTERN DISTRICT OF CALIFORNIA

24  LESTER A. FERREIRA SR.                    ) Case No. 2:04-cv-1916 MCE DAD
and EVA JEAN FERREIRA,                    )
25                                          ) STIPULATION AND ORDER
                                           ) AUTHORIZING CARMELITA
26              Plaintiffs,                 ) LEE TO ADMINISTER THE
                                           ) DEPOSITION OATH FOR MR.
27         vs.                              ) YURY ILYN
                                           )
28  M/V CCNI ANTOFAGASTA, her              )
engines, tackle, apparel, furniture, etc. )

                                1

*IN REM*, **PORT OF STOCKTON, SECHSTE REEDEREI ALSTERUFER 26 GmbH & CIE. KG and SOPHIE RICKMERS SCHIFFAHRTSGESELLSCHAFT mbH & CIE, KG.,**

**Defendants.**

The parties to the above-entitled action, by and through their attorneys of record herein, jointly submit their Stipulation and Proposed Order requesting that the Court authorize Court Reporter Carmelito Lee to administer the deposition oath in accordance with the laws of the United States.

The parties hereby agree to the following:

1.      The deposition of Yuri Ilyn will be conducted as a deposition on notice of a voluntary witness pursuant to Federal Rule of Civil Procedure 28(b)(3).

2.      The deposition of Yuri Ilyn will be conducted according to the laws of the United States.

3.      Mr. Ilyn will testify under oath and penalty of perjury according to the laws of the United States.

4.      The Court Reporter, Carmelita Lee, may administer the oath for Mr. Ilyn's deposition with full force and effect as if the oath had been administered in the United States.

5.      If, for any reason, Ms. Lee is unable to attend or preside over the deposition of Mr. Ilyn, the parties may stipulate that a third party has authority to administer the deposition oath in accordance with the law of the United States.

/ / /

1  **IT IS SO STIPULATED.**

2

3  DATED:  June 28, 2006                    **KEESAL, YOUNG & LOGAN**

4                                           By:_____/s/ John Cox_____
5                                               JOHN D. GIFFIN
                                                 JOHN COX
6                                               Attorney for Defendant
                                                 SOPHIE RICKMERS
7                                               SCHIFFAHRTSGESELLSCHA
                                                 FT mbH & CIE, KG.
8

9  DATED:  June 28, 2006                    **BANNING MICKLOW BULL & LOPEZ LLP**

10

11

12                                          By:_____/s/ Edward M. Bull, III____
                                                 EDWARD M. BULL, III
13                                              EUGENE A. BRODSKY
                                                 JENNIFER L. FIORE
14                                              Attorneys for Plaintiffs
                                                 LESTER A. FERREIRA SR.
15                                              and EVA JEAN FERREIRA

16

17  DATED:  June 28, 2006                   **NEUMILLER & BEARDSLEE**

18

19                                          By:____/s/ Daniel S. Truax_____
                                                 Daniel S. Truax
20                                              Attorney for Defendant
                                                 STOCKTON PORT DISTRICT
21

22

23  DATED:  June 28, 2006                   **COX, WOOTTON, GRIFFIN, HANSEN & POULOS**

24

25                                          By:____/s/ Richard C. Wootton_____
                                                 RICHARD C. WOOTTON
26                                              Attorney for Defendant
                                                 STOCKTON PORT DISTRICT
27

28

3

1

2                                    <u>ORDER</u>

3        Based on the stipulation of the parties and good cause appearing therefor,

4  the Court hereby Orders the following:

5        1.    The deposition of Yuri Ilyn will be conducted as a deposition on

6              notice of a voluntary witness pursuant to Federal Rule of Civil

7              Procedure 28(b)(3).

8        2.    The deposition of Yuri Ilyn will be conducted according to the laws

9              of the United States.

10       3.    Mr. Ilyn will testify under oath and penalty of perjury according to

11             the laws of the United States.

12       4.    Court Reporter, Carmelita Lee, is hereby authorized to administer

13             the oath for Mr. Ilyn's deposition with full force and effect as if the

14             oath had been administered in the United States.

15       5.    If, for any reason, Ms. Lee is unable to attend or preside over the

16             deposition of Mr. Ilyn, the parties may stipulate that a third party

17             has authority to administer the deposition oath in accordance with

18             the law of the United States.

19

20  IT IS SO ORDERED:

21

22  DATED:  June 28, 2006

23  _____

    MORRISON C. ENGLAND, JR.
24  UNITED STATES DISTRICT JUDGE

25

26

27

28