**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 88390)
Christopher S. Kieliger (SBN 209121)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Defendant
PORT OF STOCKTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LESTER A. FERREIRA, SR., AND EVA JEAN FERREIRA | ) | Case No.: 2:04-cv-1916-MCE-DAD |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **SUBSTITUTION OF ATTORNEY AND ORDER** |
| | ) | |
| M/V CCNI, ANTOFAGASTA, her engines, tackle, apparel, furniture, etc. *IN REM*, PORT OF STOCKTON, SECHSTE REEDEREI ALSTERUFER 26 GmbH & CIE, KG and SOPHIE RICMERS SCHIFFAHRTGESELLSCHAFT mbH & CIE, KG | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | | |

TO:    **ALL PARTIES AND THEIR ATTORNEYS OF RECORDS HEREIN:**

      **PLEASE TAKE NOTICE** that defendant, PORT OF STOCKTON, hereby substitute:

          COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
          Richard C. Wootton
          190 The Embarcadero
          San Francisco, CA 94105
          Telephone: (415) 438-4600
          Facsimile: (415) 438-4601

as its attorneys of record in place and stead of:

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

CAN.Ferreira/2400

-1-

SUBSTITUTION OF ATTORNEY AND ORDER                    Case No.: CIV-S-04-1916 MCE/DAD

1      NEUMILLER & BEARDSLEE
        A PROFESSIONAL CORPORATION

2      Daniel S. Truax
        Post Office Box 20

3      Stockton, CA  95201-3020
        Telephone: (209) 948-8200

4      Facsimile: (209) 948-4910

5

6      I consent to this substitution        PORT OF STOCKTON

7

8      Date: _____      _____

9

10     I consent to this substitution        NEUMILLER & BEARDSLEE

11

12     Date: _____      _____

13                               Daniel S. Truax

14

15     I accept this substitution          COX, WOOTTON, GRIFFIN,
                                HANSEN & POULOS, LLP

16

17

18     Date: _____      _____

19                               Richard C. Wootton

20                        **ORDER**

21        **IT IS SO ORDERED.**

22

23     **Dated: July 5, 2006**

24

25                    _____
                           MORRISON C. ENGLAND, JR

26                     UNITED STATES DISTRICT JUDGE

27

28

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

CAN.Ferreira/2400