UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LESTER A. FERREIRA, SR.,         No. 2:04-cv-1916-MCE-DAD

    Plaintiff,

  v.                               **ORDER RE: SETTLEMENT AND DISPOSITION**

PORT OF STOCKTON,

    Defendant.
_____/

    Pursuant to the representations of the attorney for Plaintiff, the Court has determined that this case is settled as to Defendant, Port of Stockton only.  In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before July 28, 2006.

///
///
///
///
///
///
///

        Failure to comply with this order may be grounds for the
imposition of sanctions on any and all counsel as well as any
party or parties who cause non-compliance with this order.
        IT IS SO ORDERED.
DATED: July 5, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE